FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 28 '15

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-271-KJD-(CWH) |
| RICHARD LAWRENCE STROHMETZ, | ) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court finds that on **DATE OF PLEA**, defendant RICHARD LAWRENCE STROHMETZ pled guilty to Counts One through Six of a Six-Count Information charging him in Counts One through Six with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds defendant RICHARD LAWRENCE STROHMETZ agreed to the imposition of the in personam criminal forfeiture money judgment of $26,595 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegation in the Information. Information, ECF No. __; Plea Agreement, ECF No. __; Change of Plea, ECF No. __.

This Court finds that RICHARD LAWRENCE STROHMETZ shall pay a criminal forfeiture money judgment of $26,595 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RICHARD LAWRENCE STROHMETZ a criminal forfeiture money judgment in the amount of $26,595 in United States Currency.

DATED this 28 day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE