

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD LAWRENCE STROHMETZ,

    Defendant.

2:13-CR-271-KJD-(CWH)

### FINAL ORDER OF FORFEITURE

This Court found that RICHARD LAWRENCE STROHMETZ shall pay the criminal forfeiture money judgment of $26,595 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Information, ECF No. 79; Plea Agreement, ECF No. 81; Order of Forfeiture, ECF No. 82; Change of Plea, ECF No. 83.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from RICHARD LAWRENCE STROHMETZ the criminal forfeiture money judgment in the amount of $26,595 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
2 this Order to all counsel of record and three certified copies to the United States Attorney's Office,
3 Attention Michael A. Humphreys, Asset Forfeiture Unit.
4     DATED this 28th day of October, 2015.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE