# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD LAWRENCE STROHMETZ,<br><br>      Defendant. | Case No. 2:13-CR-00271-KJD-CWH<br><br>**ORDER** |

Presently before the Court is Defendant's Motion for Extention [sic] of Time under Equitable Tolling (#98). Based on the waivers contained in Defendant's Plea Agreement (#81), the Motion is **DENIED**.

Also before the Court is the Government's Motion for an Order Deeming Attorney-client Privilege Waived and Resetting Briefing Schedule (#101). Having read and considered the motion and good cause being found, it is **GRANTED**.

**IT IS HEREBY ORDERED** that the attorney-client privilege in 2:13-cr-00271-KJD-CWH between the defendant and Dustin Marcello, Esq., shall be deemed waived for purposes relating to Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. Mr. Marcello shall, within 30 days of this order, provide the government with an affidavit or declaration addressing

Defendant's contention that "[he] asked Mr. Marcello to appeal several issues," but "[Mr. Marcello] did not." Further, Mr. Marcello may communicate with government counsel and provide supporting documentation regarding all matters put at issue in Defendant's motion.

The government shall have an additional 30 days, after receiving Mr. Marcello's affidavit or declaration, to file its response to Defendant's 2255 motion.

DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge