# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

RICHARD LAWRENCE STROHMETZ

Petitioner,

v.

UNITED STATES OF AMERICA

Respondent.

JUDGMENT

Case Number: 2:13-cr-0271-KJD-CWH

(Related case: 2:16-cv-2518-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner Richard Lawrence Strohmetz's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence is GRANTED IN PART and DENIED IN PART. The Court GRANTS the motion as to Strohmetz's first ineffective assistance of counsel claim and VACATES his judgment of conviction (ECF No. 96). Other than the date, all other terms and conditions of Strohmetz's judgment shall remain the same. The Court DENIES without prejudice Strohmetz's remaining claims pending the outcome of his direct appeal.

03/20/20
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk